IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Barksdale, Cheryl R | Case Number: 07 B 06651 |
|---|---|
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 4/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 16, 2008
Confirmed: August 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,850.00 | |
| Secured: | | 8,293.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 65.37 |
| Trustee Fee: | | 491.11 |
| Other Funds: | | 0.00 |
| Totals: | 8,850.00 | 8,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 65.37 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 13,578.13 | 3,125.04 |
| 4. | Americredit Financial Ser Inc | Secured | 23,421.92 | 5,168.48 |
| 5. | Select Portfolio Servicing | Secured | 20,857.58 | 0.00 |
| 6. | Capital One | Unsecured | 241.24 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 511.42 | 0.00 |
| 9. | Capital One | Unsecured | 76.80 | 0.00 |
| 10. | Tri Cap Investment Partners | Unsecured | 126.84 | 0.00 |
| 11. | Manufacturers And Traders Trust Company | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 61,437.93 | $ 8,358.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 413.12 |
| 6.5% | 77.99 |
| | _____ |
| | $ 491.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Barksdale, Cheryl R | Case Number: 07 B 06651 |
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 4/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

